IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **NABEEL IQBAL** | § § § | |
| *Plaintiff,* | § | |
| v. | § § § | CIVIL ACTION NO.: 4:19−cv−03608 |
| **THE CITY OF PASADENA and DANIEL PENNINGTON** | § § § § | |
| | § | JURY DEMANDED |
| *Defendants.* | § § § | |

ORDER DENYING
DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Upon reviewing Defendants' Motion to Dismiss for Failure to State a Claim and upon consideration of the arguments, it is the opinion of the Court that Defendants' Motion be DENIED.

IT IS SO ORDERED, that Defendants' Motion to Dismiss for Plaintiff's failure to state a claim under the ADA, §1983, and under U.S. and Texas Constitutions be denied.

SIGNED on this ___ day of _____, 2019.

_____
THE HONORABLE GRAY H. MILLER
UNITED STATES DISTRICT JUDGE